SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Chil Sung Lee, et al,<br><br>　　　　Defendants | Case No. **2:08-cv-02037-WBS-GGH**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST TO WITHDRAW NOTICE OF SETTLEMENT** |

Plaintiff, Scott N. Johnson, hereby requests the Court to withdraw the notice of settlement filed November 28, 2008 and allow Plaintiff to file a Motion for Default Judgment against the Defendants no later than May 28, 2009.

Dated:  April 3, 2009            /s/Scott N. Johnson_____
                                 Scott N. Johnson,
                                 Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the notice of settlement filed November 28, 2008 be and is hereby WITHDRAWN and that Plaintiff shall file default against Defendants no later than May 28, 2009. The Scheduling Conference is reset for **June 29, 2009 at 2:00 PM** in Courtroom 5 pending plaintiff's filing of a request to enter default.

Date: April 7, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE